| | |
|---|---|
| 1  RICHARD C. VASQUEZ /CA SB # 127228<br>   AVIN P. SHARMA /CA SB# 233328<br>2  VASQUEZ BENISEK & LINDGREN LLP<br>   3685 Mt. Diablo Blvd, Suite 300<br>3  Lafayette, CA  94549<br>   Telephone:   (925) 627-4250<br>4  Facsimile:    (925) 403-0900<br>   rvasquez@vbllaw.com<br>5  asharma@vbllaw.com | **FILED**<br>MAY 1 3 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |

6

7  Attorneys for Defendant HITACHI HIGH TECHNOLOGIES
    AMERICA, INC., a Delaware Corporation

8                    **UNITED STATES DISTRICT COURT**

9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  TA CHONG BANK LTD. | Case No: **C08-02452** BZ |
| 12         Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 13     v. | |
| 14  HITACHI HIGH TECHNOLOGIES<br>     AMERICA, INC., a Delaware Corporation; and<br>15  DOES 1-10, inclusive | |
| 16         Defendants. | |

**BY FAX**

17
18
19
20
21
22
23
24
25
26
27
28

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

      1. CyberHome Entertainment, Inc.
         48455 Fremont Blvd.
         Fremont, CA 94538

      2. John Kendall
         Chapter 7 Trustee for *In re Cyberhome Entertainment, Inc.* (N.D. Cal.
         Bankruptcy, Case No. 06-41544)
         2411 Santa Clara Avenue, Suite 12
         Alameda, CA 94501

DATED: May 13, 2008                            VASQUEZ BENISEK & LINDGREN LLP

By: *[signature]*
RICHARD C. VASQUEZ
Attorneys for Defendant HITACHI HIGH
TECHNOLOGIES AMERICA, INC., a
Delaware Corporation

1
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**