1  RICHARD C. VASQUEZ /CA SB # 127228
   AVIN P. SHARMA /CA SB# 233328
2  VASQUEZ BENISEK & LINDGREN LLP
   3685 Mt. Diablo Blvd, Suite 300
3  Lafayette, CA  94549
   Telephone:    (925) 627-4250
4  Facsimile:    (925) 403-0900
   rvasquez@vbllaw.com
5  asharma@vbllaw.com

6
   Attorneys for Defendant HITACHI HIGH TECHNOLOGIES
7  AMERICA, INC., a Delaware Corporation

8                    **UNITED STATES DISTRICT COURT**

9                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  TA CHONG BANK LTD., | Case No:   C-08-02452-BZ |
| 12           Plaintiff, | **DEFENDANT HITACHI HIGH TECHNOLOGIES AMERICA, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF TA CHONG BANK, LTD.'S COMPLAINT PURSUANT TO FED. R. CIV. P. RULE 12(b)(6)** |
| 13           v. | |
| 14  HITACHI HIGH TECHNOLOGIES AMERICA, INC., a Delaware Corporation; and DOES 1-10, inclusive, | |
| 16           Defendants. | Judge: The Honorable Bernard Zimmerman<br>Date:  July 2, 2008<br>Time:  10:00 a.m.<br>Dept:  Ctrm G, 15th Floor |

**NOTICE OF MOTION AND MOTION TO DISMISS**
**CASE NO: C08-02452-BZ**

1  TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

2  PLEASE TAKE NOTICE that on July 2, 2008 at 10:00 a.m. or soon thereafter as counsel
3  may be heard by The Honorable Bernard Zimmerman of the above entitled Court, located at 450
4  Golden Gate Avenue, San Francisco, California, Defendant Hitachi High Technologies America,
5  Inc. ("Defendant" or "HTA") will move this court to dismiss the action pursuant to Fed. R. Civ.
6  P. 12(b)(6) because Plaintiff Ta Chong Bank, Ltd.'s complaint fails to state a claim upon which
7  relief can be granted.

8  This motion is based on this Notice of Motion and Motion, HTA's Request for Judicial
9  Notice, all pleadings in the case, and such other arguments and evidence as may properly come
10 before the Court.

11

12
13 DATED:  May 20, 2008                    VASQUEZ BENISEK & LINDGREN LLP

14

15                                         By:  _____/s/_____
16                                              RICHARD C. VASQUEZ
                                                Attorneys for Defendant HITACHI HIGH
                                                TECHNOLOGIES AMERICA, INC., a
17                                              Delaware Corporation

18

19

20

21

22

23

24

25

26

27

28

1

**NOTICE OF MOTION AND MOTION TO DISMISS**
**CASE NO: C08-02452-BZ**