1

RICHARD C. VASQUEZ /CA SB # 127228
AVIN P. SHARMA /CA SB# 233328

2

VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Blvd, Suite 300

3

Lafayette, CA  94549
Telephone:    (925) 627-4250

4

Facsimile:    (925) 403-0900
rvasquez@vbllaw.com

5

asharma@vbllaw.com

6

7

Attorneys for Defendant HITACHI HIGH TECHNOLOGIES
AMERICA, INC., a Delaware Corporation

8

**UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11

TA CHONG BANK LTD.,

Case No:    C-08-02452-BZ

12

        Plaintiff,

**[PROPOSED]ORDER GRANTING
DEFENDANT HITACHI HIGH
TECHNOLOGIES AMERICA, INC.'S
MOTION TO DISMISS PLAINTIFF TA
CHONG BANK, LTD.'S COMPLAINT
PURSUANT TO FED. R. CIV. P. RULE
12(b)(6)**

13

        v.

14

HITACHI HIGH TECHNOLOGIES
AMERICA, INC., a Delaware Corporation; and

15

DOES 1-10, inclusive,

16

        Defendants.

17

18

Judge:  The Honorable Bernard Zimmerman
Dept: Ctrm G, 15th Floor

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING HTA'S MOTION TO DISMISS**
**CASE NO: C08-02452-BZ**

1

## [PROPOSED] ORDER

2        This matter came for hearing before the Court on Defendant Hitachi High Technologies

3    America, Inc.'s Motion to Dismiss Plaintiff Ta Chong Bank's Complaint.

4        Upon consideration of the motion and opposition thereto, as well as arguments made at

5    hearing, it is hereby ordered that pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6),

6    Defendant Hitachi High Technologies America, Inc's Motion to Dismiss is GRANTED without

7    leave to amend.

8

9    **IT IS SO ORDERED.**

10

11    Date:_____    _____

12                              The Honorable Bernard Zimmerman
                           United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER GRANTING HTA'S MOTION TO DISMISS
CASE NO: C08-02452-BZ**