| | |
|---|---|
| 1 | RICHARD C. VASQUEZ /CA SB # 127228 |
| 2 | AVIN P. SHARMA /CA SB# 233328<br>VASQUEZ BENISEK & LINDGREN LLP |
| 3 | 3685 Mt. Diablo Blvd, Suite 300<br>Lafayette, CA  94549 |
| 4 | Telephone:     (925) 627-4250<br>Facsimile:      (925) 403-0900 |
| 5 | rvasquez@vbllaw.com<br>asharma@vbllaw.com |
| 6 | |
| 7 | Attorneys for Defendant HITACHI HIGH TECHNOLOGIES AMERICA, INC., a Delaware Corporation |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 11 | TA CHONG BANK LTD.,          | Case No:    C-08-02452-BZ |
| 12 |     Plaintiff,  | **CERTIFICATE OF SERVICE** |
| 13 | v. | |
| 14 | HITACHI HIGH TECHNOLOGIES AMERICA, INC., a Delaware Corporation; and | |
| 15 | DOES 1-10, inclusive, | |
| 16 |     Defendants. | |

**CERTIFICATE OF SERVICE**
**CASE NO: C08-02452-BZ**

# CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18, and not a party to this action. My place of employment and business address is Vasquez Benisek & Lindgren LLP, 3685 Mt. Diablo Blvd., Suite 300, Lafayette, CA 94549.

I hereby certify that on May 20, 2008, I electronically filed the following documents with Clerk of the Court using the CM/ECF system:

1. **DEFENDANT HITACHI HIGH TECHNOLOGIES AMERICA, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF TA CHONG BANK, LTD.'S COMPLAINT PURSUANT TO FED. R. CIV. P. RULE 12(b)(6)**

2. **DEFENDANT HITACHI HIGH TECHNOLOGIES AMERICA, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. RULE 12(b)(6)**

3. **DEFENDANT HITACHI HIGH TECHNOLOGIES AMERICA, INC'S REQUEST FOR JUDICIAL NOTICE**

4. **[PROPOSED]ORDER GRANTING DEFENDANT HITACHI HIGH TECHNOLOGIES AMERICA, INC.'S MOTION TO DISMISS PLAINTIFF TA CHONG BANK, LTD.'S COMPLAINT PURSUANT TO FED. R. CIV. P. RULE 12(b)(6)**

5. **CERTIFICATE OF SERVICE**

According to the CM/ECF system, the CM/ECF system will send notification of such filing to the e-mail addresses denoted below:

James S. Monroe
Nixon Peabody LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3996
415-984-8200
Fax: 415-984-8300
Email: jmonroe@nixonpeabody.com

(Counsel for Plaintiff Ta Chong Bank, Ltd.)

I hereby certify under penalty of perjury under the laws of the United States of America that foregoing is true and correct. Executed on the 20th day of May, 2008 in Lafayette, California.

                                                          _____/s/_____

                                                          Avin P. Sharma

**CERTIFICATE OF SERVICE**
**CASE NO: C08-02452-BZ**