| | |
|---|---|
| 1 | RICHARD C. VASQUEZ /CA SB # 127228 |
| | AVIN P. SHARMA /CA SB# 233328 |
| 2 | VASQUEZ BENISEK & LINDGREN LLP |
| | 3685 Mt. Diablo Blvd, Suite 300 |
| 3 | Lafayette, CA 94549 |
| | Telephone:   (925) 627-4250 |
| 4 | Facsimile:   (925) 403-0900 |
| | rvasquez@vbllaw.com |
| 5 | asharma@vbllaw.com |

Attorneys for Defendant HITACHI HIGH TECHNOLOGIES AMERICA, INC., a Delaware Corporation

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TA CHONG BANK LTD., | Case No:   C-08-02452-BZ |
| Plaintiff, | **PROOF OF SERVICE OF NOTICE TO ADVERSE PARTIES AND SUPERIOR COURT OF REMOVAL TO FEDERAL COURT** |
| v. | |
| HITACHI HIGH TECHNOLOGIES AMERICA, INC., a Delaware Corporation; and DOES 1-10, inclusive, | |
| Defendants. | Judge: The Honorable Bernard Zimmerman |
| | Dept: Ctrm G, 15th Floor |

---

PROOF OF SERVICE OF NOTICE OF REMOVAL
CASE NO: C08-02452-BZ

RICHARD C. VASQUEZ /CA SB # 127228
AVIN P. SHARMA /CA SB# 233328
VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Blvd, Suite 300
Lafayette, CA 94549
Telephone: (925) 627-4250
Facsimile: (925) 403-0900
rvasquez@vbllaw.com
asharma@vbllaw.com

Attorneys for Defendants HITACHI HIGH TECHNOLOGIES AMERICA, INC., a Delaware Corporation

ENDORSED
FILED
ALAMEDA C...
MAY 14 2008
CLERK OF THE SUPER...
BY YASMIN SINGH, De...

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| TA CHONG BANK LTD.,<br><br>Plaintiff,<br><br>v.<br><br>HITACHI HIGH TECHNOLOGIES AMERICA, INC., a Delaware Corporation; and DOES 1-10, inclusive<br><br>Defendants. | Case No: RG08378021<br>Case Filed: March 21, 2008<br><br>**PROOF OF SERIVCE**<br><br>Judge: Cecilia P. Castellano<br>Dept.: 18 |

PROOF OF SERVICE

1

**PROOF OF SERVICE**
*Ta Chong Bank v. Hitachi High Technologies*
*Alameda County Superior Court Case No. RG08378021*

I am employed in the County of Contra Costa, State of California. I am over the age of 18 years, and not a party to the within action. My business address is: 3685 Mt. Diablo Blvd., Suite 300, Lafayette, CA 94549. On the date set forth below I served the foregoing document described as:

- **NOTICE TO ADVERSE PARTIES AND SUPERIOR COURT OF REMOVAL TO FEDERAL COURT**

on the parties or attorneys for parties in this action who are identified on the attached service list, using the following means of service. (If more than one means of service is checked, the means of service used for each party is indicated on the attached service list.)

James S. Monroe                              *Counsel for Plaintiff Ta Chong Bank, Ltd.*
Nixon Peabody LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3996

Superior Court of Alameda County
1225 Fallon Street
Oakland, CA 94612-4293

__X__    **BY MAIL.** I placed a true and correct copy of the aforementioned document in a sealed envelope individually addressed to each of the parties and caused each such envelope to be deposited with the U.S. Postal Service and/or picked up by an authorized representative, on that same day with fees fully prepaid at Lafayete, California, in the ordinary course of business.

__X__    **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 13, 2008, at Lafayette, California.

_____
Avin P. Sharma

2

PROOF OF SERVICE