```
Richard C. Vasquez (CA SB #127228)
Avin P. Sharma (CA SB #233328)
VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549
Telephone:  (925) 627-4250
Facsimile:  (925) 403-0900
rvasquez@vbllaw.com
asharma@vbllaw.com
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TA CHONG BANK LTD.<br><br>　　　　Plaintiff(s),<br>　　v.<br>HITACHI HIGH TECHNOLOGIES AMERICA, INC., a Delaware Corporation; and DOES 1-10, inclusive<br>　　　　Defendant(s)._____/ | No. C 08-2452 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 21, 2008　　　　　　　　　　　Signature _/s/ Avin P. Sharma_

　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　(Plaintiff, Defendant, or indicate "pro se")