UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ta Chong Bank Ltd.                                    No. C08-2452 BZ

    Plaintiff(s).
v.                                                    NOTICE OF IMPENDING
                                                      REASSIGNMENT TO A UNITED
                                                      STATES DISTRICT COURT JUDGE

Hitachi High Technologies America, Inc., et al.,

    Defendant(s).
_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)   One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Case Management Conference set for **August 25, 2008** at **4:00 p.m.** is hereby **VACATED**.

Dated: May 22, 2008

    Richard W. Wieking, Clerk
    United States District Court

    *Lashanda Scott*
_____
    By: Lashanda Scott - Deputy Clerk to
    Magistrate Judge Bernard Zimmerman

reassign.DCT