1 | RICHARD C. VASQUEZ /CA SB # 127228
AVIN P. SHARMA /CA SB# 233328
2 | VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Blvd, Suite 300
3 | Lafayette, CA  94549
Telephone:     (925) 627-4250
4 | Facsimile:     (925) 403-0900
rvasquez@vbllaw.com
5 | asharma@vbllaw.com

6

7 | Attorneys for Defendant HITACHI HIGH TECHNOLOGIES AMERICA, INC., a Delaware Corporation

8 | **UNITED STATES DISTRICT COURT**

9 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 | TA CHONG BANK LTD., | Case No:   C-08-02452-PJH

12 | Plaintiff, | **DEFENDANT HITACHI HIGH TECHNOLOGIES AMERICA, INC.'S REVISED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF TA CHONG BANK, LTD.'S COMPLAINT PURSUANT TO FED. R. CIV. P. RULE 12(b)(6)**

13 | v.

14 | HITACHI HIGH TECHNOLOGIES AMERICA, INC., a Delaware Corporation; and DOES 1-10, inclusive,

15 |

16 | Defendants. | Judge: The Honorable Phyllis J. Hamilton
Date:   July 9, 2008
17 | | Time:   9:00 a.m.
Dept:   Ctrm 3, 17th Floor
18

19

20

21

22

23

24

25

26

27

28

**REVISED NOTICE OF MOTION AND MOTION TO DISMISS**
**CASE NO: C08-02452-PJH**

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that the hearing on Defendant Hitachi High Technologies America, Inc.'s ("Defendant" or "HTA") motion to dismiss previously scheduled for July 2, 2008 at 10:00 a.m. before the Honorable Bernard Zimmerman of the above entitled Court, is hereby rescheduled to July 9, 2008 at 9:00 a.m. before the Honorable Phyllis J. Hamilton of the above entitled court located in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.

At the hearing, Defendant will move this court to dismiss the action pursuant to Fed. R. Civ. P. 12(b)(6) because Plaintiff Ta Chong Bank, Ltd.'s complaint fails to state a claim upon which relief can be granted.

This revised motion is based on this Revised Notice of Motion and Motion, HTA's Memorandum of Points and Authorities in support of the motion, HTA's Request for Judicial Notice, all pleadings in the case, and such other arguments and evidence as may properly come before the Court.

DATED: May 27, 2008     VASQUEZ BENISEK & LINDGREN LLP

By: _____/s/_____
AVIN P. SHARMA
Attorneys for Defendant HITACHI HIGH TECHNOLOGIES AMERICA, INC., a Delaware Corporation

**REVISED NOTICE OF MOTION AND MOTION TO DISMISS**
**CASE NO: C08-02452-PJH**

1