1  RICHARD C. VASQUEZ /CA SB # 127228
   AVIN P. SHARMA /CA SB# 233328
2  VASQUEZ BENISEK & LINDGREN LLP
   3685 Mt. Diablo Blvd, Suite 300
3  Lafayette, CA  94549
   Telephone:    (925) 627-4250
4  Facsimile:    (925) 403-0900
   rvasquez@vbllaw.com
5  asharma@vbllaw.com

6
   Attorneys for Defendant HITACHI HIGH TECHNOLOGIES
7  AMERICA, INC., a Delaware Corporation

8                    **UNITED STATES DISTRICT COURT**

9                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 | TA CHONG BANK LTD.,                                      | Case No:   C-08-02452-PJH   |
12 |         Plaintiff,                                       | **CERTIFICATE OF SERVICE**  |
13 |    v.                                                    |                             |
14 | HITACHI HIGH TECHNOLOGIES                                |                             |
   | AMERICA, INC., a Delaware Corporation; and               |                             |
15 | DOES 1-10, inclusive,                                    |                             |
16 |         Defendants.                                      |                             |

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**
**CASE NO: C08-02452-PJH**

# CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18, and not a party to this action. My place of employment and business address is Vasquez Benisek & Lindgren LLP, 3685 Mt. Diablo Blvd., Suite 300, Lafayette, CA 94549.

I hereby certify that on June 25, 2008, I electronically filed the following documents with Clerk of the Court using the CM/ECF system:

1. **DEFENDANT HITACHI HIGH TECHNOLOGIES AMERICA, INC.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

2. **DEFENDANT HITACHI HIGH TECHNOLOGIES AMERICA, INC.'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**

3. **DECLARATION OF AVIN P. SHARMA IN SUPPORT OF DEFENDANT HITACHI HIGH TECHNOLOGIES AMERICA, INC.'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**

4. **CERTIFICATE OF SERVICE**

According to the CM/ECF system, the CM/ECF system will send notification of such filing to the e-mail addresses denoted below:

James S. Monroe
Monroe Law Group
101 California Street, Suite 2450
San Francisco, CA 9411
Phone: 415-990-4349
Fax:    415-723-7423
Email: jim@monroe-law.com

(Counsel for Plaintiff Ta Chong Bank, Ltd.)

I hereby certify under penalty of perjury under the laws of the United States of America that foregoing is true and correct. Executed on the 25th day of June, 2008 in Lafayette, California.

                                                /s/

                                        Avin P. Sharma