1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   TA CHONG BANK LTD,

8
              Plaintiff,                          No. C 08-2452 PJH
9
         v.                                       **JUDGMENT**
10
    HITACHI HIGH TECHNOLOGIES, INC.,
11  a Delaware Corporation; DOES 1-10,
    inclusive,
12
              Defendants.
13  _____/

14       This action came before the court and  the court having granted defendant's motion to

15  dismiss,

16       it is Ordered and Adjudged

17       that the complaint is dismissed with prejudice.

18       IT IS SO ORDERED.

19

20  Dated: July 3, 2008

21

22                                               _____
                                                 PHYLLIS J. HAMILTON
23                                               United States District Judge

24

25

26

27

28