≈AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| TA CHONG BANK LTD., | ) |
| | ) |
| v. | )   Case No.:  C 08-2452 PJH |
| | ) |
| HITACHI HIGH TECHNOLOGIES AMERICA, INC. a Delaware Corp.; DOES 1-10, | ) |

**Bill of Costs**

Judgment having been entered in the above entitled action   07/03/2008   against   Plaintiff Ta Chong Bank Ltd.  ,
                                                              Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................. | $   350.00 |
| Fees for service of summons and subpoena ............................................ | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing ................................................. | |
| Fees for witnesses (itemize on page two) ............................................. | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | |
| Docket fees under 28 U.S.C. 1923 ................................................... | |
| Costs as shown on Mandate of Court of Appeals ....................................... | |
| Compensation of court-appointed experts ............................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ........................................................ | |
| TOTAL | $   350.00 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

**Declaration**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑    Electronic service by e-mail as set forth below and/or.

☐    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:   /s/
Name of Attorney:   Avin P. Sharma

For:  Defendant Hitachi High Technologies America, Inc.                                  Date:   07/07/2008
                   Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____        By: _____        _____
Clerk of Court                                       Deputy Clerk                                       Date

AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

1  RICHARD C. VASQUEZ /CA SB # 127228
   AVIN P. SHARMA /CA SB# 233328
2  VASQUEZ BENISEK & LINDGREN LLP
   3685 Mt. Diablo Blvd, Suite 300
3  Lafayette, CA  94549
   Telephone:     (925) 627-4250
4  Facsimile:     (925) 403-0900
   rvasquez@vbllaw.com
5  asharma@vbllaw.com

6
   Attorneys for Defendant HITACHI HIGH TECHNOLOGIES
7  AMERICA, INC., a Delaware Corporation

8                       **UNITED STATES DISTRICT COURT**

9                     **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 | TA CHONG BANK LTD.,                              | Case No:   C-08-02452-PJH

12 |         Plaintiff,                               | **DECLARATION OF AVIN P. SHARMA IN SUPPORT OF DEFENDANT HITACHI HIGH TECHNOLOGIES AMERICA, INC'S BILL OF COSTS**
13 |     v.                                           |
14 | HITACHI HIGH TECHNOLOGIES                        |
   | AMERICA, INC., a Delaware Corporation; and       | Judge:  The Honorable Phyllis J. Hamilton
15 | DOES 1-10, inclusive,                            | Dept: Ctrm 3, 17th Floor
16 |         Defendants.                              |

17

18

19

20

21

22

23

24

25

26

27

28

**DECL. OF APS ISO HTA'S BILL OF COSTS**
**CASE NO: C08-02452-PJH**

1   I, Avin P. Sharma, declare as follows:

2   1.   I am an attorney duly licensed to practice law in the State of California. I am an attorney at Vasquez, Benisek & Lindgren LLP and counsel for defendant Hitachi High Technologies America, Inc., ("HTA") in the above captioned action. I know the facts stated herein to be true and correct based on my personal knowledge, and if called to testify, I could and would testify competently thereto.

3   2.   On May 13, 2008, HTA filed a Notice of Removal, Civil Cover Sheet, and Certification of Interested Entities with the US District Court for the Northern District of California. The Clerk of the Court charged HTA a filing fee of $350.00.

4   3.   One Legal LLC was the company that processed the filing of the documents for HTA. A true and correct copy of the May 13, 2008 One Legal LLC confirmation that reflects the $350.00 fee paid to the Clerk of the Court for HTA's filing is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 7, 2008 at Lafayette, California.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Avin P. Sharma

**DECL. OF APS ISO HTA'S BILL OF COSTS**
**CASE NO: C08-02452-PJH**

1

# Exhibit A

# ONE LEGAL LLC

CONFIRMATION For **Court Filing & Research**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 5591787 | Date: | 5/13/2008 |
|---|---|---|---|

| Customer | Vasquez Benisek & Lindgren | Attorney | Avin P Sharma |
|---|---|---|---|
| Customer No. | 0060456 | Attorney e-mail | asharma@vbllaw.com |
| Address | 3685 MT DIABLO BLVD STE 300 LAFAYETTE, CA 94549-6833 | Contact | Avin P Sharma |
| | | Contact e-mail | asharma@vbllaw.com |
| | | Contact Phone | 925-627-4250 |
| | | Contact Fax | 925-403-0900 |
| | | Law Firm File Number | 1006-001 |

**Case Information:**

- Case Number C0802452bz
- County ALAMEDA
- Court Northern District of California
- Case Short Title Ta Chong Bank Ltd. vs. Hitachi High Technologies America, Inc.

**Documents Received:**    No. Docs: 3    No. Pgs: 119

Notice of Removal, Civil Cover Sheet, Certification of Interested Entities, Exhibit A to Notice of Removal, Exhibit B to Notice of Removal, Exhibit C to Notice of Removal (part 1 of 2), Exhibit C to Notice of Removal (part 2 of 2)

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Dear Mr. Sharma: The original ADR will be sent via priority mail.-SA  File Status: Assignment Completed | Service fee | 197.50 |
| | Remote Area | 20.00 |
| | Court Filing Fee  Clerk of Court Ck:3024698 | 350.00 |
| | Funds advance fee | 24.50 |
| | Phone calls | 4.00 |
| | Copies | 29.75 |
| | **Total:** | **625.75** |

Thank you for choosing One Legal. If you have any questions about this assignment, please contact,
105 Branch
Ph: 510-835-3100  Fx: 510-835-9044